UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Timothy STEPHENS, | Case No.: 25-cv-0582-AGS-DDL |
|---|---|
| Plaintiff, | **ORDER GRANTING IFP MOTION (ECF 2) AND DISMISSING COMPLAINT** |
| v. | |
| UNITED STATES CORP., et al., | |
| Defendants. | |

Plaintiff moves to proceed without prepaying the court-filing fees. If granted the right to proceed in forma pauperis, plaintiffs need not prepay the usual $402 in fees. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999); 28 U.S.C. § 1914(a). Stephens's only income, disability payments, hardly exceeds his monthly expenses (*see* ECF 2, at 2), so he may proceed without prepayment, *see Blount v. Saul*, No. 21-CV-0679-BLM, 2021 WL 1561453, at *1 (S.D. Cal. Apr. 21, 2021) ("[A] party need not be completely destitute to proceed IFP.").

Now the Court must screen the complaint and dismiss it if it is "frivolous" or "fails to state a claim." 28 U.S.C. § 1915(e)(2)(B). Stephens alleges he was "ANTAGONIZED" "BY FREEMASONS" with "GOV'T" help, and he requests "televised military tribunals." (ECF 1, at 4–5.) But aside from a broad allegation that he was "ATTACKED VERBALLY AND TERRORIZED" after he "BECAME A PSYCHIC," he provides no facts that support his claims—which are premised upon a deprivation of "AM[]ENDMENTS 1, 4, 5, 6 (KANGAROO) 8, 9, 13, 14." (*Id.*) These allegations do not state a claim, and the requested remedy likely exceeds this Court's jurisdiction. Stephens's IFP request is **GRANTED**, but his complaint is **DISMISSED** without prejudice and with leave to amend. Any amended complaint is due by September 10, 2025.

Dated:  July 30, 2025

_____
Hon. Andrew G. Schopler
United States District Judge